# Court of Appeals
# of the State of Georgia

ATLANTA,    August 30, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2266. SHANNON BUTTS v. JONATHAN WILLIAMS.

Shannon Butts sued Jonathan Williams in magistrate court and Williams filed a counterclaim. The magistrate court entered a judgment in favor of Williams, and Butts appealed to the state court. The state court, too, entered judgment in Williams's favor and awarded him $4,377.56. Butts then appealed directly to this Court. We lack jurisdiction.

Because the state court's order disposed of a de novo appeal from a magistrate court decision, Butts was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). In addition, a discretionary appeal is also required from a judgment of less than $10,000 in an action for damages. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).

In addition to her notice of appeal to this court, Butts filed in the state court a document that appears to be an attempt to comply with the discretionary appeal requirements of OCGA § 5-6-35. But applications for discretionary appeal must be filed with the clerk of the Supreme Court or the Court of Appeals. OCGA § 5-6-35 (d). See also *Sawyer v. City of Atlanta*, 257 Ga. App. 324, 326 (1) (571 SE2d 146) (2002) ("[W]hen an appeal is filed in a court that has no jurisdiction to entertain it, dismissal is proper.")

Butts has failed to follow the discretionary appeal procedure of OCGA § 5-6-35. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 08/30/2012

      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ **, Clerk.**